ORIGINAL

FILED

01/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0751

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0751

MARSHALL BRADLEY ROWE,

Petitioner,

v.

SGT. BRADLEY BRAGG, Lewis &
Clark County Detention Center,

Respondent.

FILED

JAN 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Marshall Bradley Rowe has filed a Petition for Writ of Habeas Corpus, asserting that his sentence calculation is in error because his three sentences should all run concurrently. Rowe has also filed supplemental documents, including a sentence calculation and sentencing judgments. Upon review of his Petition and attachments, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Marshall Bradley Rowe personally.

DATED this 11th day of January, 2023.

_____
Justice